# CYRUS & ADKINS, *Attorneys at Law*

FILED
MAR - 7 2022
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

John F. Cyrus, Esquire *(Of Counsel)*
jfcyrus@cyrusandadkins.com

S. Douglas Adkins, Esquire
sdadkins@cyrusandadkins.com

422 9th Street, Suite 300
Huntington, West Virginia 25701
Telephone: (304) 522-9593
Facsimile: (304) 522-9596

March 2, 2021

The Honorable Thomas E. Johnston
Judge, U.S. District Court
Post Office Box 2546
Charleston, West Virginia 25329-2546

Re: Melissa Fields, as Personal Representative of the Estate of Michael A. Nichols v. Deputy Sheriff Michael King, individually and in his official capacity, et al.
Civil Action No.: 2:21-CV-00090

Dear Judge Johnston:

I served as the mediator in the above-styled civil action. The mediation occurred on February 24, 2022, at the Law Firm of Pullin, Fowler, Flanagan, Brown & Poe. The plaintiff, Melissa Fields, as Personal Representative of the Estate of Michael A. Nichols, was present in person along with her attorneys, L. Dante diTrapano and R. Booth Goodwin. The defendants were represented by their attorneys, Wendy E. Greve and Drannon L. Adkins. Also participating was Nancy Sullivan, General Counsel for the West Virginia Counties Risk Pool.

I am pleased to inform you that the parties were able to reach a settlement in this matter.

Thank you for allowing me to be of service to the Court and the parties.

Very truly yours,

CYRUS & ADKINS

S. Douglas Adkins

SDA/jk
cc: L. Dante diTrapano, Esquire
R. Booth Goodwin, Esquire
Wendy E. Greve, Esquire and Drannon L. Adkins, Esquire
Rory L. Perry, II, U.S. District Clerk